## The People *v.* Dessús.

### Appeal from the District Court of Ponce.

No. 38.—Decided November 6, 1903.

TRIAL.—RIGHT OF ACCUSED TO BE PRESENT.—A defendant charged with a criminal offense has a right to be present during the proceedings either in person or by counsel, and a trial and judgment had in his absence will be reversed on appeal.

### STATEMENT OF THE CASE.

This appeal pending before us, was taken by Luis Felipe

### EXPOSICIÓN DEL CASO.

En el recurso de apelación que ante Nos pende interpuesto por Luis Felipe Dessús contra resolución de uno de los Jueces de la Corte de Distrito de Ponce, desestimando la petición de habeas corpus formulada á favor de dicho acusado.

*Resultando:* que condenado Luis Felipe Dessús en 11 de Mayo último por la Corte de Distrito de Ponce, como autor del delito menos grave de prisión ilegal á la multa de quinientos dollars, por cuya falta de pago fué reducido á prisión, solicitó ante uno de los Jueces de la mencionada Corte se librara á su favor auto de habeas corpus á fin de que se investigara la causa de dicha prisión, por ser ésta ilegal, alegando entre otras razones que había sido juzgado y penado en ausencia del mismo y también de su abogado, no obstante haber pedido éste la suspensión del juicio y formulado aquél igual pretensión, por encontrarse enfermo.

*Resultando:* que expedido y diligenciado el auto de habeas corpus, aparece que la Corte de Distrito de Ponce denegó la suspensión del juicio que solicitaron Luis Felipe Dessús y su abogado, desestimando las razones que al efecto alegaron, y que Dessús fué juzgado y penado sin que ni él ni su letrado asistieran al juicio.

*Resultando:* que en 8 de Julio último fué desestimada la petición de Habeas Corpus, y contra esa resolución interpuso Dessús recurso de apelación, que se ha tramitado debidamente ante esta Corte Suprema.

Abogados del apelante: *Sres. Horton y Cornwell.*

Abogado del apelado: *Sr. del Toro, Fiscal.*

### *Opinión del Tribunal.*

*Visto* el caso 1 del Art. 483 del Código de Enjuiciamiento Criminal.

*Considerando:* que entre los derechos que el artículo 11 del Código de Enjuiciamiento Criminal concede al acusado, derechos fundamentales y esenciales, figura el de que se le asigne defensor en persona y con abogado.

*Considerando:* que habiendo sido juzgado y penado Luis Felipe Dessús por la Corte de Distrito de Ponce como autor

Dessús, from the decision of one of the judges of the District Court of Ponce, denying the application for a writ of *habeas corpus* made on behalf of said accused.

Luis Felipe Dessús, having been convicted on the 11th of May last, by the District Court of Ponce, of a misdemeanor for illegal imprisonment and sentenced to pay a fine of five hundred dollars, in default whereof he was commited to jail, applied to one of the judges of aforesaid court for a writ of *habeas corpus*, in order that an investigation might be made as to the cause of his imprisonment which he claimed was illegal, alleging, among other reasons, that he had been tried and sentenced in his absence and in the absence of his attorney, notwithstanding the latter had asked for a continuance of the trial, and a similar request had been made by the former, because of illness.

The writ of *habeas corpus* having been issued and returned, it appears that the District Court of Ponce refused to continue the trial as requested by Luis Felipe Dessús and his attorney, overruling the reasons urged therefor, and that Dessús was tried and sentenced, neither himself nor his attorney being present at the trial.

On the 8th of July last the petition for the writ of *habeas corpus* was dismissed, and from this decision Dessús took an appeal which has been duly heard in this Supreme Court.

*Messrs. Horton and Cornwell,* for appellant.

*Mr. del Toro, Fiscal,* for respondent.

## Opinion of the Court.

We have read paragraph 1 of section 483 of the Code of Criminal Procedure. Among the rights allowed the accused by section 11 of the Code of Criminal Procedure, which rights are fundamental and essential, is that of being allowed connsel, or to appear and defend in person and with counsel.

Luis Felipe Dessús having been tried and sentenced by the District Court of Ponce for the crime of illegal imprison-

del delito de prisión ilegal, sin que asistiera al juicio en persona ó por medio del abogado que lo representaba, no obstante haber manifestado uno y otro su voluntad de asistir al acto, por el mero hecho de solicitar su suspensión, fueran ó no ciertas y justas las causas para ello alegadas, dicha Corte conculcó el derecho anteriormente expresado, y por tanto se extralimitó en el ejercicio de su jurisdicción, obrando fuera de los límites que la ley le marca.

*Considerando:* que si bien el artículo 179 del Código de Enjuiciamiento Criminal prescribe que cuando el proceso fuere por misdemeanor podrá celebrarse el juicio sin hallarse presente el acusado, tal precepto no autoriza á la Corte juzgadora para celebrar el juicio en casos como el presente, no solo sin la asistencia del acusado, sino también sin la del abogado que para su representación y defensa había comparecido en autos.

Se revoca el auto apelado de 8 de Julio último por el que fué desestimada la petición de habeas corpus formulada por Luis Felipe Dessús y en su lugar se acuerda la excarcelación definitiva del mismo, cancelándose la fianza que hubiere prestado; y con devolución de los autos comuníquese esta resolución á la Corte de Distrito de Ponce á los efectos procedentes.

*Revocada.*

ment, without his appearance at the trial, either in person, or by counsel, although both had signified their desire to be present by the mere fact of their asking for a continuance, whether or not the reasons alleged therefor were real and just, said court violated aforesaid right, and consequently overstepped its jurisdiction, and went beyond the limits marked by the law.

Although section 179 of the Code of Criminal Procedure prescribes that when the prosecution is for a misdemeanor the trial may be had in the absence of the defendant, this provision does not authorize the trial court to proceed with the trial in cases like the one under consideration, not only without the presence of the defendant, but of the attorney who had appeared on his behalf in the proceedings.

Tne order appealed from, made on July 8 last, denying the application for the writ of *habeas corpus* made by Luis Felipe Dessús, is hereby reversed. In lieu thereof, the prisoner is ordered to be definitely discharged and that such bond as may have been funished by him, be canceled. The record is directed to be returned to the District Court of Ponce, to which this decision shall be communicated for compliance herewith.

*Reversed.*

Chief Justice Quiñones, and Justices Hernández, Figueras, Sulzbacher and MacLeary, concurred.